

| KRISTIN K. MAYES<br>ATTORNEY GENERAL | OFFICE OF THE ARIZONA ATTORNEY GENERAL<br>SOLICITOR GENERAL'S OFFICE | JOSHUA M. WHITAKER<br>ASSISTANT ATTORNEY GENERAL<br>(602)-542-7738<br>JOSHUA.WHITAKER@AZAG.GOV |
|---|---|---|

May 8, 2023

VIA CM/ECF

Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

      Re:   *Arizona Alliance for Retired Americans et al. v. Kristin K. Mayes et al.*,
             No. 22-16490
             Argument scheduled for May 16, 2023

Dear Ms. Dwyer:

     Following a change in administration, the Arizona Attorney General's Office ("the Office") has undertaken a reexamination of the issues in this case. The purpose of this letter is to notify the Court that the Office has modified its position in some respects. Please distribute a copy of this letter to the members of the Court considering this case.

     Specifically, the Office no longer intends to argue that the district court's preliminary injunction violates the *Purcell* doctrine or that the district court abused its discretion by failing to account for Plaintiffs' delay. *See* Opening Br. 17–25; Reply Br. 6–10. Otherwise the Office's position in this appeal remains the same.

     Because the Office no longer intends to make some of the arguments contained in its briefs, the Office has agreed to yield some of its oral argument time to the other appellant, Yuma County Republican Committee. Of the 20 minutes of oral argument time allotted to appellants' side, the Office intends to use 7 minutes, so that the Committee may use 13 minutes.

Sincerely,

s/ *Joshua M. Whitaker*
Joshua M. Whitaker
Assistant Attorney General
Arizona Attorney General's Office

cc (via CM/ECF): Counsel of Record