No. 22-16490

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

ARIZONA ALLIANCE FOR RETIRED AMERICANS, et al.,
Plaintiff-Appellees,

v.

KRISTIN K. MAYES, in her official capacity as Arizona Attorney General,
Defendant-Appellants,

and

YUMA COUNTY REPUBLICAN COMMITTEE,
Intervenor-Defendant-Appellants,

and

ADRIAN FONTES, in his official capacity as Arizona Secretary of State; et al.
Defendants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
Case No. 2:22-CV-01374-GMS

**INTERVENOR-DEFENDANT'S JOINDER RESPONSE TO PETITION FOR REHEARING EN BANC**

SNELL & WILMER L.L.P.
Brett W. Johnson
Eric H. Spencer
Colin P. Ahler
Tracy A. Olson
One East Washington Street,
Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 382-6000
bwjohnson@swlaw.com
espencer@swlaw.com
cahler@swlaw.com
tolson@swlaw.com

*Counsel for Yuma County Republican Committee*

Dated: October 28, 2024

Intervenor-Defendant Yuma County Republican Party hereby gives notice to the Court that it joins the Attorney General's Response to Petition for Rehearing *En Banc*. [Dkt. 96] For the reasons stated therein, this Court should deny the Petition for Rehearing.

Additionally, for the reasons argued by Defendants before the panel, and articulated by the panel's concurring opinion, Plaintiffs' merits arguments regarding the Cancellation Provision are legallly deficient. Plaintiffs' incorrect interpretation of the Cancellation Provision is another reason to deny rehearing. However, if this Court grants rehearing, the merits of the Cancellation Provision should be considered as an alternative basis for reversing the district court's decision.

Respectfully submitted this 28th day of October, 2024.

    SNELL & WILMER L.L.P.

    By: *s/ Brett W. Johnson*
    Brett W. Johnson
    Eric H. Spencer
    Colin P. Ahler
    Tracy A. Olson
    SNELL & WILMER, LLP
    One East Washington Street
    Suite 2700
    Phoenix, Arizona 85004
    (602) 382-6000
    bwjohnson@swlaw.com
    espencer@swlaw.com
    cahler@swlaw.com
    tolson@swlaw.com

    *Attorneys for Intervenor-Defendant*
    *Yuma County Republican Committee*

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 11. Certificate of Compliance for Petitions for Rehearing/Responses**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form11instructions.pdf

**9th Cir. Case Number(s)** | 22-16490

I am the attorney or self-represented party.

I certify that pursuant to Circuit Rule 35-4 or 40-1, the attached petition for panel rehearing/petition for rehearing en banc/response to petition is (*select one*):

⦿ Prepared in a format, typeface, and type style that complies with Fed. R. App. P. 32(a)(4)-(6) and **contains the following number of words**: 104.

(Petitions and responses must not exceed 4,200 words)

**OR**

○ In compliance with Fed. R. App. P. 32(a)(4)-(6) and does not exceed 15 pages.

**Signature** | s/ Brett W. Johnson    **Date** | Oct 28, 2024

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 11**     *Rev. 12/01/2021*

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants.

s/ <u>*Abigail Bahorich*</u>