**Case No. 22-16490**

**THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

ARIZONA ALLIANCE FOR RETIRED AMERICANS, et al.,

*Plaintiffs-Appellees,*

*v.*

KRISTIN K. MAYES, in her official capacity as Arizona Attorney General,

*Defendant-Appellant,*

and

YUMA COUNTY REPUBLICAN COMMITTEE,

*Intervenor-Defendant-Appellant,*

and

ADRIAN FONTES, in his official capacity as Arizona Secretary of State, et al.,

*Defendants.*

On Appeal from the United States District Court for the District of Arizona
No. 2:22-cv-01374-GMS

**MOTION FOR CLARIFICATION
REGARDING EN BANC ORAL ARGUMENT**

> Joshua D. Bendor (AZ Bar No. 031908)
> Alexander W. Samuels (AZ Bar No. 028926)
> Joshua M. Whitaker (AZ Bar No. 032724)
> OFFICE OF THE ARIZONA
>   ATTORNEY GENERAL
> 2005 N. Central Ave. Phoenix, AZ 85004
> (602) 542-3333
> Joshua.Bendor@azag.gov
> Alexander.Samuels@azag.gov
> Joshua.Whitaker@azag.gov
> ACL@azag.gov
>
> *Counsel for Defendant-Appellant
> Arizona Attorney General*

1

Defendants-Appellants respectfully request clarification regarding the issues the en banc panel intends to address at oral argument. Plaintiffs-Appellees take no position on this motion.

The three-judge panel analyzed two Arizona statutory provisions: the "Cancellation Provision" and the "Felony Provision." 117 F.4th 1165, 1169. As to the Cancellation Provision, a two-judge majority held that Plaintiffs lacked standing, and one of the judges stated in a concurrence that Plaintiffs' challenge would fail on the merits too. *Id.* at 1169–70, 1178–81, 1185–89.

Plaintiffs requested rehearing en banc only as to the Cancellation Provision, not the Felony Provision. Dkt. 89-1 at 4 n.2. This Court granted rehearing en banc, vacated the entire three-judge panel opinion, and set oral argument for the week of June 23. Dkt. 100, 101.

The en banc court "has the discretion to decide the entire case or only the parts of the case that formed the basis for the en banc call," and "may make that decision either prior to or after the en banc argument." *Fernandez-Ruiz v. Gonzales*, 466 F.3d 1121, 1135 (9th Cir. 2006). Here, if the en banc court anticipates focusing argument on "only the parts of the case that formed the basis for the en banc call," Defendants-Appellants would welcome the opportunity to prepare accordingly and thus request clarification as follows:

1

1. Should the parties be prepared to address only the Cancellation Provision (consistent with the request for rehearing en banc), or should the parties also be prepared to address the Felony Provision?

2. As to the Cancellation Provision, should the parties be prepared to address only standing (which the three-judge panel decided), or should the parties also be prepared to address the merits (which the three-judge panel did not decide and which would need to be decided if the en banc court disagrees with the three-judge panel on standing)?

Absent clarification, Defendants-Appellants will of course be prepared to address all issues at oral argument.

Respectfully submitted this 12th day of May, 2025.

KRISTIN K. MAYES
  ARIZONA ATTORNEY GENERAL

By /s/ Joshua M. Whitaker
Joshua D. Bendor (AZ Bar No. 031908)
Alexander W. Samuels (AZ Bar No. 028926)
Joshua M. Whitaker (AZ Bar No. 032724)
OFFICE OF THE ARIZONA
    ATTORNEY GENERAL
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 542-3333

Joshua.Bendor@azag.gov
Alexander.Samuels@azag.gov
Joshua.Whitaker@azag.gov
ACL@azag.gov

*Counsel for Defendant-Appellant
Arizona Attorney General Kristin K. Mayes*

SNELL & WILMER L.L.P.

By */s/ Brett W. Johnson (with permission)*
Brett W. Johnson
Eric H. Spencer
Tracy A. Olson SNELL & WILMER, LLP One East Washington Street Suite 2700 Phoenix, Arizona 85004 (602) 382-6000
bwjohnson@swlaw.com
espencer@swlaw.com
tolson@swlaw.com

*Attorneys for Intervenor-Defendant-Appellant Yuma County Republican Committee*

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 75 words according to the word-processing system used to prepare the motion.

2. This motion complies with the typeface and typestyle requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in fourteen-point Book Antiqua type style.

Dated this 12th day of May, 2025.

By /s/ Joshua M. Whitaker

## CERTIFICATE OF SERVICE

I certify that I presented the above and foregoing for filing and uploading to the CM/ECF system which will send electronic notification of such filing to all counsel of record.

Dated this 12th day of May, 2025.

*/s/ Joshua M. Whitaker*
