UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ARIZONA ALLIANCE FOR RETIRED AMERICANS; VOTO LATINO; PRIORITIES USA, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> KRISTIN K. MAYES, in her official capacity as Attorney General for the State of Arizona, <br><br> Defendant-Appellant, <br><br> YUMA COUNTY REPUBLICAN COMMITTEE, <br><br>   Intervenor-Defendant-Appellant, <br><br> and <br><br> KATIE HOBBS, in her official capacity as Secretary of State for the State of Arizona; LARRY NOBLE, Nominal Defendant, in his official capacity as Apache County Recorder; DAVID STEVENS, Nominal Defendant, in his official capacity as Cochise County Recorder, previously named as David Stephens; PATTY HANSEN, Nominal Defendant, in her official capacity as Coconino County Recorder; SADIE JO BINGHAM, Nominal Defendant, in her official capacity as Gila County Recorder; WENDY JOHN, Nominal Defendant, in her | No.   22-16490 <br><br> D.C. No. 2:22-cv-01374-GMS District of Arizona, Phoenix <br><br> ORDER |

official capacity as Graham County Recorder; SHARIE MILHEIRO, Nominal Defendant, in her official capacity as Greenlee County Recorder; RICHARD GARCIA, Nominal Defendant, in his official capacity as La Paz County Recorder; STEPHEN RICHER, Nominal Defendant, in his official capacity as Maricopa County Recorder; KRISTI BLAIR, Nominal Defendant, in her official capacity as Mohave County Recorder; MICHAEL SAMPLE, Nominal Defendant, in his official capacity as Navajo County Recorder; GABRIELLA CAZARES-KELLY, Nominal Defendant, in her official capacity as Pima County Recorder; DANA LEWIS, Nominal Defendant, in her official capacity as Pinal County Recorder; SUZANNE SAINZ, Nominal Defendant, in her official capacity as Santa Cruz County Recorder; MICHELLE BURCHILL, Nominal Defendant, in her official capacity as Yavapai County Recorder; RICHARD COLWELL, Nominal Defendant, in his official capacity as Yuma County Recorder,

   Defendants.

The motion for leave for the United States to participate in oral argument (Dkt. No. 135) is granted. The United States will have ten minutes of argument time. The Court will also allow an additional ten minutes of argument time to Plaintiffs-Appellees.

              FOR THE COURT:

              MOLLY C. DWYER
              CLERK OF COURT